WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-505—)

MADGE NOBLE, BUREAU COUNTY TREASURER, Claimant, *vs.* STATE OF ILLINOIS, LOCAL GOVERNMENT AFFAIRS, Claimant.

*Opinion filed May 26, 1975.*

MADGE NOBLE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-597—)

MENTAL HEALTH SERVICE OF FRANKLIN & WILLIAMSON COUNTIES INCORPORATED, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 26, 1975.*

MENTAL HEALTH SERVICE OF FRANKLIN & WILLIAMSON COUNTIES INCORPORATED, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.